Jason Barrat; AZ Bar No. 029086
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
jbarrat@weilerlaw.com

Attorneys for Plaintiff
Katherine Krueger

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Katherine Krueger**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Garden Goddess, LLC d/b/a Garden Goddess Ferments**, an Arizona company; and **Suzette Smith,** an Arizona resident;<br><br>Defendants. | **Case No. 2:24-CV-0096-GMS**<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. G. Murray Snow)** |

Notice is hereby given that the parties have reached a settlement in the above captioned matter.

The Parties wish to inquire with this Court as to its position on filing a motion for Court Approval for an FLSA settlement or just filing a stipulation to dismiss. Undersigned has received two differing opinions with two Courts in this district as to this issue.

Please see *Robbins v. Cien Auto Works, LLC*, cv-23-00541 PHX-DWL citing *Evans v. Centurion Managed Care of Arizona LLC*, 2023 WL 5095201, *1 (D. Ariz. 2023) (ruling that "judicial approval is neither authorized nor necessary".) Also see *Hoffman v. Pride, LLC*, 2024 U.S. Dist. LEXIS 24747, (ruling that court of approval of the FLSA settlements are necessary.)

WEILER LAW PLLC

5050 N. 40th St.., Suite 260, Phoenix, AZ 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com

1

2

3

4    RESPECTFULLY SUBMITTED April 23, 2024.

**WEILER LAW PLLC**

5    By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
6    Phoenix, AZ 85018
Attorneys for Plaintiff
7

8

9    <u>**CERTIFICATE OF SERVICE**</u>

10   I hereby certify that on April 23, 2024, I electronically transmitted the foregoing document
to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF
11   System. All counsel of record are registrants and are therefore served via this filing and
transmittal.
12

13   /s/ Ashley Peschke

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEILER LAW PLLC

5050 N. 40th St., Suite 260, Phoenix, AZ 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com