# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Krueger,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Garden Goddess LLC, et al.,<br><br>　　　　Defendants. | No. CV-24-00096-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Approve Settlement and Notice of Errata attached Exhibit 1, Settlement Agreement (Docs. 32, 33).

**IT IS ORDERED** granting the parties' Joint Motion to Approve Settlement (Doc. 32) and the Settlement Agreement (Doc. 33) is approved as fair and reasonable.

**IT IS FURTHER ORDERED** this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs as agreed in the Settlement Agreement.

Dated this 29th day of April, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge